UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM PIERCE,<br><br>    Plaintiff<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>    Defendant | Case No.: 2:24-cv-00683-APG-BNW<br><br>**Order Striking Certificate of Interested Parties** |

    I ORDER that defendant Southwest Airlines Co.'s certificate of interested parties (ECF No. 2) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify Southwest's citizenship as required by the amendment to that rule.

    I FURTHER ORDER defendant Southwest Airlines Co. to file a proper certificate of interested parties by April 26, 2024.

    DATED this 9th day of April, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE