Mark C. Severino, Esq.
Nevada Bar No. 14117
Taylor A. Buono, Esq.
Nevada Bar No. 15513
**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Email: Mark.Severino@wilsonelser.com
Email: Taylor.Buono@wilsonelser.com
*Attorneys for Defendant Southwest Airlines Co.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM PIERCE, individually,<br><br>  Plaintiff,<br><br>vs.<br><br>SOUTHWEST AIRLINES CO.; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>  Defendants. | Case No. 2:24-cv-00683-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (FIRST REQUEST)** |

Defendant, SOUTHWEST AIRLINES CO., by and through its counsel of record, Mark C. Severino and Taylor Buono of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and Plaintiff, WILLIAM PIERCE, by and through his counsel of record, Leslie Stovall and Ross Moynihan of Stovall & Associates, hereby respectfully request and stipulate to a 90-day extension of all remaining deadlines to FRCP 26, and propose a revised discovery scheduling order, as described below:

**I.   Summary of Discovery Completed**

The Rule 26(f) conference was held on May 8, 2024.  Following the Rule 26(f) conference, the proposed Discovery Plan and Scheduling Order was filed on May 24, 2024, and approved by this Court on May 28, 2024.  Both Plaintiff and Defendant served their initial disclosures on May 28, 2024. Plaintiff served his first and second supplemental disclosures on July 18, 2024, and August

300666006v.1

7, 2024, respectively.

On June 6, 2024, Defendant propounded requests for production of documents, requests for admission, and interrogatories upon Plaintiff. On July 9, 2024, Plaintiff requested an extension to serve responses to Defendant's written discovery until July 15, 2024. The extension was granted. On July 15, Plaintiff requested a second extension until July 19, 2024, which was again granted. Plaintiff served his responses to Defendants Interrogatories, Document Requests, and Requests for Admissions on July 19, 2024.

Since the inception of this case, Defendant has sought to obtain an independent set of Plaintiff's medical records. For reasons outside of counsel's control, there has been a significant delay in obtaining the records. This has slowed the prosecution of this case. Namely, the Defendant cannot evaluate which medical providers should be deposed, and it cannot retain experts without a complete set of independent medical records.

Accordingly, on August 7, 2024, the parties reached their first agreement to continue the discovery deadlines in order to accommodate Defendants need for more time to obtain a complete set of Plaintiff's medical records.

**II.  Discovery Remaining**

The parties anticipate completing the following discovery:

1. Production of additional documents being obtained from Plaintiff's providers;
2. Deposition of Defendant's FRCP 30(b)(6) designees;
3. Deposition of Plaintiff (dates are being discussed and should be decided upon soon);
4. Depositions of fact witnesses;
5. Third party discovery, including any additional subpoenas to be issued;
6. Expert report disclosures – initial and rebuttal; and
7. Depositions of Experts.

**III.  Why the Remaining Discovery Could not be Completed**

The parties have been actively working together to engage in discovery and move this matter forward. For reasons outside of counsel's control, Defendant has not been able to obtain a

independent, complete set of Plaintiff's medical records. They are currently being sought and obtained as quickly as possible.

Despite the work described above, neither party yet has the factual information needed to prepare for expert witness disclosures. Defendant is working diligently to gather medical records but still needs additional records and imaging to provide to its expert.

In addition, the parties wish for additional time to see if they can negotiate a mutually agreeable resolution prior to retaining experts, incurred unnecessary cost, and needlessly tying up judicial resources.

### IV. Proposed Schedule for Completing All Remaining Discovery

Pursuant to LR 26-4, the parties propose to extend the current deadlines and jointly submit the following to the Court:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Amending Pleadings and Adding Parties | September 9, 2024 | **December 9, 2024** |
| Initial Expert Disclosures & Interim Status Report | September 9, 2024 | **December 9, 2024** |
| Rebuttal Expert Disclosures | October 9, 2024 | **January 9, 2025** |
| Discovery Closes | November 8, 2024 | **February 7, 2025** |
| Dispositive Motions | December 9, 2024 | **March 7, 2025** |
| Pre-Trial Order, if no Dispositive Motions | January 8, 2024 | **April 7, 2025** |

DATED this 20th day of August, 2024.                    DATED this 20th day of August, 2024.

**STOVALL & ASSOCIATES**                              **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**


_/s/ Ross Moynihan_                                   _/s/ Mark C. Severino_
Leslie Stovall, Esq.                                  Mark C. Severino
Nevada Bar No. 2566                                   Nevada Bar No. 14117
Ross Moynihan, Esq.                                   Taylor A. Buono
Nevada Bar No. 11848                                  Nevada Bar No. 15513
2301 Palomino Lane                                    6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89107                               Las Vegas, Nevada 89119
*Attorneys for Plaintiff*                             *Attorneys for Defendants*

1
2     *Pierce v. Southwest Airlines*
      *Case No:* 2:24-cv-00683-APG-BNW
3
4                    **ORDER**
5     **IT IS SO ORDERED:**
6
7     _____
      UNITED STATES MAGISTRATE JUDGE
8
9     DATED:   8/21/2024
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                      Page 4 of 4
300666006v.1