Mark C. Severino, Esq.
Nevada Bar No. 14117
Taylor A. Buono, Esq.
Nevada Bar No. 15513
**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Email: Mark.Severino@wilsonelser.com
Email: Taylor.Buono@wilsonelser.com
*Attorneys for Defendant Southwest Airlines Co.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM PIERCE, individually, | Case No. 2:24-cv-00683-APG-BNW |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| SOUTHWEST AIRLINES CO.; DOES I-X; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

ALL INTERESTED PARTIES:

Plaintiff WILLIAM PIERCE ("Plaintiff") and SOUTHWEST AIRLINES CO. ("Defendant") hereby stipulate and agree to the dismissal of Plaintiff's claims in the above-captioned action against Defendant, with prejudice, with each party to bear their own attorney's fees, costs, and interest.

///

///

///

///

///

305888858v.1

DATED this 19th day of December, 2024.

**STOVALL & ASSOCIATES**

 /s/ Ross Moynihan
Leslie Stovall, Esq.
Nevada Bar No. 2566
Ross Moynihan, Esq.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

DATED this 20th day of December, 2024.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

 /s/ *Mark C. Severino*
Mark C. Severino
Nevada Bar No. 14117
Taylor A. Buono
Nevada Bar No. 15513
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: December 23, 2024